

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2018

No. 04-18-00413-CV

Bill **SEMMLER** as Representative of Marynell Semmler,
Appellants

v.

John R. **LANDER** and Kimberly Lander,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-09-0838-CVA
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellee's Motion for Order Affirming Trial Court Judgment is CARRIED WITH THE APPEAL.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2018.

KEITH E. HOTTLE,
Clerk of Court